JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JERMAINE GREEN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MATTHEW ATCHLEY,<br><br>　　　　　Respondent. | CASE NO. 5:20-cv-2536-DSF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed as untimely and this action is dismissed with prejudice.

DATED: July 19, 2021

_____
Honorable Dale S. Fischer
U.S. DISTRICT JUDGE